**DISMISSED; Opinion Filed November 21, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01283-CV

**SEYED MOSTAFA FARNIA, Appellant**
**V.**
**ANISSA WILLIAMS, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12324**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Boatright
Opinion by Justice Evans

Before the Court is appellant's motion for voluntary dismissal based on settlement. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

181283F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SEYED MOSTAFA FARNIA, Appellant

No. 05-18-01283-CV      V.

ANISSA WILLIAMS, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-12324.
Opinion delivered by Justice Evans,
Justices Lang and Boatright participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Anissa Williams recover her costs, if any, of this appeal from appellant Seyed Mostafa Farnia.

Judgment entered this 21st day of November, 2018.